UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
NOV 21 2024
CLERK'S OFFICE
DETROIT

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

Case No. 2:24-cv-12714
Hon. Jonathan J.C. Grey
Mag. Judge David R. Grand

v.

JEFFREY ROYER,

    Defendant.
_____/

## DEFENDANT'S EMERGENCY MOTION TO STAY ENTRY OF DEFAULT AND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE

NOW COMES Defendant Jeffrey Royer, pro se, and respectfully moves this Honorable Court for an emergency stay of the entry of default and for additional time to retain counsel and file a response to the Complaint. In support thereof, Defendant states:

1. Plaintiff filed this action on October 15, 2024, alleging violations of the Commodity Exchange Act.

2. Defendant was served with the Summons and Complaint on October 17, 2024.

3. The response deadline was November 7, 2024.

4. Defendant requires additional time to retain qualified counsel given the complexity of the allegations involving commodity pool operations and federal regulations.

5. This request is made in good faith and not for purposes of delay.

6. The short extension requested will not prejudice Plaintiff.

7. Courts generally prefer to resolve cases on their merits rather than through default. See United States v. $22,050.00 U.S. Currency, 595 F.3d 318, 322 (6th Cir. 2010).

WHEREFORE, Defendant respectfully requests that this Court:

A. Stay the entry of default;

B. Grant a 60-day extension to retain counsel and file a response to the Complaint; and

C. Grant such other relief as the Court deems just and proper.

Dated: November 21, 2024

Respectfully submitted,

_____
Jeffrey Royer, Pro Se
601 Prospect Dr.
Montrose, CO 81403
hjd.royer@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I served the foregoing document via first-class mail upon:

James H. Holl, III

Kelly M. Folks

Cara A. Gardner

Commodity Futures Trading Commission

Division of Enforcement

1155 21st Street, NW

Washington, D.C. 20581

_____
Jeffrey Royer